IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:06-CR-147 MAC |
| | § | |
| PAUL WILLIAM SMITH | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 27, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Taly Haffar. The Government was represented by Heather Rattan.

On November 1, 2006, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one hundred ten months (110) months imprisonment followed by a five (5) year term of supervised release for the offense of Possession of Sexually Explicit Visual Depictions of Minors.  Defendant began his term of supervision on July 25, 2014. This case was transferred to the Honorable Marcia A. Crone on  October 23, 2017.

On December 13, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 30).  The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall report to the probation officer and shall sumbit a truthful and complete written report within the first five days of each month; (2) Under the guidance and direction of the U.S. Probation Office, Defendant shall participate in a sex offender treatment program which may include the application of physiological testing instruments.

1

Defendant shall pay any cost associated with treatment and testing; and (3) Defendant shall not possess or view any images in any form of media or in any live venue that depicts sexually explicit conduct as defined in 18 U.S.C. Section 2256(2).

The Petition alleges that Defendant committed the following violations: (1) Defendant failed to report to the probation office as scheduled on July 26, 2017; (2) Defendant failed to submit written monthly report within the first five days of each month for the month of May 2016; (3) Defendant was unsuccessfully discharged from sex offender treatment with Liles Arnold, PLC, LSOTP, Plano, Texas, on December 6, 2017; and (4) Prior to retaking a failed maintence polygraph examination on November 21, 2017, Defendant disclosed to a Behavioral Measures & Forensic Services Southwest, Inc. examiner that Defendant viewed pornography on a cell phone which he found during the months of June and July 2017.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the February 27, 2017, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months, with three (3) years supervised release to follow. Defendant will self-surrender to the U.S. Marshal on Tuesday, March 27, 2018. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate.

**SIGNED this 1st day of March, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE